RAYMOND BABTKIS ASSOCIATES, INC., Respondent, v. TARAZI REALTY CORPORATION, Appellant.—

Concur —
Stevens, P. J., Capozzoli, Nunez, McNally and Tilzer, JJ.